IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK A. CAMPBELL,<br><br>Defendant. | 8:25CR89<br><br>INDICTMENT<br>21 U.S.C. § 843(a)(3)<br>21 U.S.C. § 853 |

The Grand Jury charges that:

### COUNT I

Beginning on or about March 1, 2023 to April 5, 2023, in the District of Nebraska, the defendant, PATRICK A. CAMPBELL, did knowingly and intentionally acquire, obtain, and attempt to acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge, to wit: taking fentanyl from the North Platte Surgery Center, North Platte, Nebraska without authorization.

In violation of Title 21, United States Code, Section 843(a)(3).

### FORFEITURE ALLEGATION

The allegation contained in COUNT I of this Information is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense alleged in COUNT I of this Information, the defendant PATRICK A. CAMPBELL, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, the following:

1. PATRICK A. CAMPBELL's Nebraska Advanced Practiced Registered Nurse – Certified Registered Nurse Anesthetist ("APRN-CRNA") License (#101257) and

2. PATRICK A. CAMPBELL'S Multi-State Registered Nurse License (#68522)

both issued by the Nebraska Department of Health and Human Services Division of Public Health Department as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in this Information.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant U.S. Attorney